UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States Of America,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**Claudio Alers Perez,**<br><br>　　　　　Defendant. | CASE NO.: 22-cr-2210-CAB<br><br>Hon. Cathy A. Bencivengo<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the joint motion to continue is granted. The Motion Hearing/Trial Setting currently set for December 16, 2022, at 10:30 a.m. shall be continued to February 10, 2023, at 10:30 a.m. The time between December 16, 2022, and February 10, 2023, is excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated:　12/12/2022　　　　　　　　_____

　　　　　　　　　　　　　　　　　　**Honorable Cathy Ann Bencivengo**
　　　　　　　　　　　　　　　　　　United States District Court Judge